# **Exhibit 2**

## Health Diagnostic Laboratory, Inc.
## Payment Listing for Greg J Mercurio

| Payment Number | Payment Date | Payment Amount |
|---:|:---:|---:|
| 7874 | 4/6/2011 | $40.00 |
| 8616 | 5/5/2011 | $20.00 |
| 9562 | 6/6/2011 | $140.00 |
| 10657 | 7/6/2011 | $120.00 |
| 11677 | 8/5/2011 | $140.00 |
| 12724 | 9/7/2011 | $180.00 |
| 13894 | 10/5/2011 | $240.00 |
| 15319 | 11/7/2011 | $100.00 |
| 16497 | 12/5/2011 | $180.00 |
| 17772 | 1/6/2012 | $260.00 |
| 18983 | 2/7/2012 | $320.00 |
| 20857 | 3/5/2012 | $160.00 |
| 22410 | 4/9/2012 | $300.00 |
| 23953 | 5/7/2012 | $200.00 |
| 25622 | 6/6/2012 | $260.00 |
| 27434 | 7/6/2012 | $120.00 |
| 29231 | 8/7/2012 | $380.00 |
| 31120 | 9/7/2012 | $180.00 |
| 33207 | 10/9/2012 | $240.00 |
| 35162 | 11/6/2012 | $140.00 |
| 37308 | 12/6/2012 | $100.00 |
| 39542 | 1/7/2013 | $120.00 |
| 41754 | 2/4/2013 | $120.00 |
| 43721 | 3/6/2013 | $60.00 |
| 46096 | 4/8/2013 | $60.00 |
| 48316 | 5/7/2013 | $80.00 |
| 50824 | 6/6/2013 | $100.00 |
| 53159 | 7/5/2013 | $120.00 |
| 55681 | 8/5/2013 | $80.00 |
| 58267 | 9/5/2013 | $120.00 |
| 60705 | 10/8/2013 | $40.00 |
| 63216 | 11/5/2013 | $160.00 |

**Health Diagnostic Laboratory, Inc.**

**Payment Listing for Greg J Mercurio**

| Payment Number | Payment Date | Payment Amount |
|---:|:---:|---:|
| 68821 | 1/7/2014 | $40.00 |
| 71335 | 2/11/2014 | $20.00 |
| 76177 | 4/4/2014 | $40.00 |
| 79225 | 5/5/2014 | $20.00 |
| 81953 | 6/5/2014 | $20.00 |
| 84613 | 7/14/2014 | $20.00 |
| | | $5,040.00 |