**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **In re:**<br><br>**HEALTH DIAGNOSTIC LABORATORY, INC.,** *et al.*,<br><br>　　　**Debtors.[1]** | **Chapter 11**<br><br>**Case No.: 15-32919-KRH**<br><br>**Jointly Administered** |
| **RICHARD ARROWSMITH AS LIQUIDATING TRUSTEE OF THE HDL LIQUIDATING TRUST,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CAUSEWAY MEDICAL LLC,** *et al.*,<br><br>**Defendants.** | **Adv. Proc. No. 17-03846-KRH** |

**CERTIFICATE OF SERVICE**

I, Jennifer T. Langley, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that service of the copies of the Complaint [Docket Item No. 1] together with the Order Approving Amended Procedures Governing Avoidance Action Adversary Proceedings and Summons and Notice in an Adversary Proceeding [Docket Item No. 3] were served on July 6, 2017, as follows:

**Mail Service:** Regular, first class United States mail, postage fully pre-paid and addressed to:

　　　LYNNE MERCURIO
　　　REG. AGENT AND MANAGER
　　　403 BOUCHELLE DRIVE, SUITE 108
　　　NEW SMYRNA, FL 32169

---

[1]  The debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434)(the "**Debtors**").

Cullen D. Speckhart (VSB No. 79096)
Jennifer T. Langley (VSB No. 81454)
**WOLCOTT RIVERS GATES**
919 E. Main Street, Ste. 1040, Richmond, Virginia 23219
200 Bendix Road, Ste. 300, Virginia Beach, Virginia 23452
Telephone:  (757) 687-3644
Email: hdl@wolriv.com

*Counsel to Plaintiff Richard Arrowsmith,*
*Liquidating Trustee of the HDL Liquidating Trust*

LYNN MERCURIO
223 N. CAUSEWAY
NEW SMYRNA BEACH, FL 32169

GREG J. MERCURIO
403 BOUCHELLE DRIVE, SUITE 108
NEW SMYRNA BEACH, FL 32169


Under penalty of perjury, I declare that the foregoing is true and correct.



July 6, 2017                                    */s/ Jennifer T. Langley*
Date                                                      Signature


| Print Name: |
| Jennifer T. Langley |

| Business Address: |
| |
| 200 Bendix Road, Suite 300, Virginia Beach, VA 23452 |