Franklin R. Cragle, III (VSB No. 78398)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:      804.771.9515
Facsimile:      804.644.0957
E-mail:         fcragle@hirschlerlaw.com

*Counsel for Richard Arrowsmith,*
*Liquidating Trustee of the HDL Liquidating Trust*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **HEALTH DIAGNOSTIC LABORATORY, INC.,** *et al.*, | **Case No.: 15-32919-KRH** |
| Debtors.[1] | **Jointly Administered** |
| **RICHARD ARROWSMITH AS LIQUIDATING TRUSTEE OF THE HDL LIQUIDATING TRUST,** | |
| **Plaintiff,** | |
| **v.** | **Adv. Proceeding No. 17-03846-KRH** |
| **CAUSEWAY MEDICAL LLC,** *et al.*, | |
| **Defendants.** | |

## CERTIFICATE OF SERVICE

I, Franklin R. Cragle, III, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that service of the copies of the Amended Complaint [Docket Item No. 6] together with the Alias Summons and Notice in an Adversary Proceeding [Docket Item No. 8], the Order Approving Amended Procedures Governing Avoidance Action Adversary Proceedings [Docket Item No. 2740], and the Order Approving Supplemental Procedures for Small Claims Actions [Docket Item No. 3374] were served on September 4, 2019, as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

**Mail Service**: Regular, first class United States mail, postage fully pre-paid and addressed to:

**CAUSEWAY MEDICAL LLC**
LYNNE MERCURIO, REG. AGENT
223 N. CAUSEWAY
NEW SMYRNA BEACH, FL 32169

**CAUSEWAY MEDICAL LLC**
LYNNE MERCURIO, REG. AGENT & MGR
403 BOUCHELLE DR, NO. 108
NEW SMYRNA BEACH, FL 32169

**CAUSEWAY MEDICAL LLC**
LYNNE MERCURIO, REG. AGENT & MGR
414 QUAY ASSISI
NEW SMYRNA BEACH, FL 32169-5102

**CAUSEWAY MEDICAL LLC**
LYNNE MERCURIO, REG. AGENT
1720 STATE ROAD 44
NEW SMYRNA BEACH, FL 32168-8339

**CAUSEWAY MEDICAL LLC**
LYNNE MERCURIO, REG. AGENT
1912 STATE ROAD 44
NEW SMYRNA BEACH, FL 32168-8345

**LYNN MERCURIO**
403 BOUCHELLE DR, NO. 108
NEW SMYRNA BEACH, FL 32169

**LYNN MERCURIO**
223 N. CAUSEWAY
NEW SMYRNA BEACH, FL 32169

**LYNN MERCURIO**
414 QUAY ASSISI
NEW SMYRNA BEACH, FL 32169-5102

**GREG J. MERCURIO**
1720 STATE ROAD 44
NEW SMYRNA BEACH, FL 32168-8339

**GREG J. MERCURIO**
414 QUAY ASSISI

NEW SMYRNA BEACH, FL 32169-5102

**GREG J. MERCURIO**
223 N CAUSEWAY 1
NEW SMYRNA BEACH, FL 32169-5239

**GREG J. MERCURIO**
125 FLORIDA MEMORIAL PKWY
NEW SMYRNA BEACH, FL 32168-9311

**STACI APPLETON**
405 DOWNING ST
NEW SMYRNA BEACH, FL 32168-7109

**STACI APPLETON**
176 HIBISCUS RD
EDGEWATER, FL 32141-7216

**STACI APPLETON**
161 N. CAUSEWAY, STE. C
NEW SMYRNA BEACH, FL 32169-5300

**STACI APPLETON**
413 QUAY ASSISI
NEW SMYRNA BEACH, FL 32169-5110

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: September 4, 2019                             /s/ Franklin R. Cragle, III
                                                     Signature

| Print Name: |
| --- |
| Franklin R. Cragle, III |
| Business Address: |
| 2100 East Cary Street, Post Office Box 500, Richmond, Virginia 23218-0500 |

11501462.1  039229.00010