# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0422–3 | User: stehlem | Date Created: 8/18/2021 |
| Case: 17–03846–KRH | Form ID: pdford9 | Total: 1 |

**Recipients of Notice of Electronic Filing:**

aty          Franklin R. Cragle, III          fcragle@hirschlerlaw.com

TOTAL: 1